**ORIGINAL**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 16-334C

(Filed: May 10, 2016)

| | ) | |
|---|---|---|
| JEREL SCOTT, | ) | **FILED** |
| | ) | |
| Plaintiff, | ) | MAY 10 2016 |
| | ) | |
| v. | ) | U.S. COURT OF |
| | ) | FEDERAL CLAIMS |
| UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

ORDER

On March 14, 2016, plaintiff, Mr. Jerel Scott, filed a complaint in this court but did not pay the filing fee. On the same day, the clerk gave notice to Mr. Scott that by April 25, 2016 he needed to pay the required filing fee or submit an application for leave to proceed *in forma pauperis*. Mr. Scott has not paid the fee, nor has he submitted an application to proceed *in forma pauperis*. In the circumstances, the case shall be dismissed for failure to pay the filing fee. The clerk is directed to enter a judgment in accord with this disposition.

It is so ORDERED.

Charles F. Lettow
Judge